NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH C. HILLYARD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7157

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1733, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

Joseph J. Hillyard moves without opposition for a 60-day extension of time, until April 3, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__FEB 0 7 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq
    Martin F. Hockey, Jr., Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 0 7 2012

**JAN HORBALY**
**CLERK**